# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| GLORIA LAMUG, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC., a Minnesota Corporation; COVIDIEN, L.P., a Delaware Limited Partnership; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.  0:22-cv-0337-NEB-BRT<br>Hon. Nancy E. Brasel<br>Magistrate Judge Becky R. Thorson |

## STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiff Gloria Lamug ("Plaintiff") and Defendants Medtronic, Inc. and Covidien L.P. ("Defendants") (together with Plaintiff, the "Parties") hereby stipulate that the above-captioned action be dismissed with prejudice. The Parties shall each bear their own fees and costs.

**IT IS SO STIPULATED.**

Stipulated to:

JAMES HAWKINS APLC
/s/ Christina Lucio
James R. Hawkins* (CA #192925)
Christina Lucio* (CA #253677)
9880 Research Drive, Suite 200
Irvine, CA 92618
Phone: 949 387 7200
Email: james@jameshawkinsaplc.com
Email: christina@jameshawkinsaplc.com
Attorneys for Plaintiff Gloria Lamug
*Appearing pro hac vice

1

LAW OFFICE OF JOSHUA R. WILLIAMS, PLLC
/s/ Joshua R. Williams
Joshua R. Williams (MN #389118)
2836 Lyndale Avenue South, Suite 160
Minneapolis, Minnesota 55408
Office: 612.486.5540
Fax: 612.605.1944
Email: jwilliams@jrwilliamslaw.com

Attorneys for Plaintiff Gloria Lamug

GREENBERG TRAURIG, LLP
/s/ Thomas R. Pack
Thomas R. Pack (MN #0398897)
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402
Phone: 612 259 9700
Email: packt@gtlaw.com


James N. Boudreau
Christiana L. Signs
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 797-5209
boudreauj@gtlaw.com
signsc@gtlaw.com

Attorneys for Defendants Medtronic, Inc. and
Covidien, Inc.


## SIGNATURE ATTESTATION

I, Christina M. Lucio, Esq., hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


By: /s/ Christina M. Lucio
Christina M. Lucio, Esq.