# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

GLORIA LAMUG, individually and on behalf of herself and all others similarly situated,

Plaintiff,

v.

MEDTRONIC, INC., a Minnesota Corporation; COVIDIEN, L.P., a Delaware Limited Partnership; and DOES 1-50, inclusive,

Defendants.

Case No.  0:22-cv-0337-NEB-BRT
Hon. Nancy E. Brasel
Magistrate Judge Becky R. Thorson

## [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL

The matter came before the Court on a Stipulation for Voluntary Dismissal filed by Plaintiff Gloria Lamug and Defendants Medtronic, Inc. and Covidien L.P.

Good cause appearing, the Court GRANTS the Stipulation and dismisses this action with prejudice. Each party will bear its/their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                        Hon. Nancy E. Brasel
                                                        United States District Judge