# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GLORIA LAMUG, | Case No. 22-CV-337 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| MEDTRONIC INC., COVIDIEN, L.P. and DOES 1-50, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Voluntary Dismissal With Prejudice filed on December 23, 2022 (ECF No. 80), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear their own fees and costs.

Dated: December 27, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge